GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendants Frito-Lay North America, Inc. and PepsiCo., Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FRITO-LAY NORTH AMERICA, INC. and PEPSICO, INC.,<br><br>　　　　　Defendants. | Case No. C12-01586-SC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Judge:  The Honorable Samuel Conti |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site.

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated: November 30, 2012

/s/ Andrew S. Tulumello
Counsel for Frito-Lay North America, Inc., and PepsiCo, Inc.

Dated: November 30, 2012

On behalf of Frito-Lay North America, Inc.

Dated: November 30, 2012

On behalf of PepsiCo, Inc.

**CERTIFICATE OF SERVICE**

I, Elizabeth Wilson, certify as follows:

I am employed in Washington, DC. I am over the age of eighteen years and am not a party to this action. My business address is 1050 Connecticut Avenue NW, Washington, DC 20036. I certify that on the date indicated below, I electronically transmitted to the Clerk and to each of the persons named below, who are registered as CM/ECF users and have consented to electronic service, the following document using the CM/ECF System:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

| **Attorneys for Plaintiff Wilson** |
|---|
| Ben F. Pierce Gore |
| Pratt & Associates |
| The Pruneyard Tower I |
| 901 S. Bascom Avenue |
| Suite 350 |
| Campbell, CA 95008 |
| pgore@prattattorneys.com |

The foregoing document was printed on recycled paper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 4, 2012                              /s/ Elizabeth Wilson
                                                                          Elizabeth Wilson