GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
GEOFFREY M. SIGLER (*pro hac vice motion pending*)
gsigler@gibsondunn.com
JASON R. MELTZER (*pro hac vice motion pending*)
jmeltzer@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendant Frito-Lay North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>Defendant. | Case No. C12-01586-SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, on March 18, 2013, the Court issued a Clerk's Notice scheduling a Case Management Conference for June 7, 2013, at 10 a.m. (ECF No. 45);

WHEREAS, on April 1, 2013, the Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 46);

WHEREAS, on May 1, 2013, Plaintiffs filed a Second Amended Complaint (ECF No. 47);

WHEREAS, on May 6, 2013, the Court issued a Clerk's Notice continuing the Case Management Conference until June 14, 2013, at 10 a.m. (ECF No. 51);

WHEREAS, Defendant Frito-Lay North America, Inc. anticipates filing a Motion to Dismiss Plaintiffs' Second Amended Complaint on June 7, 2013;

WHEREAS, counsel for the parties have conferred and the parties agree that it would preserve judicial and party resources and be advantageous for case management to continue the Case Management Conference currently scheduled for June 14, 2013, until August 9, 2013;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

- The Case Management Conference scheduled for June 14, 2013, is continued until August 9, 2013; and
- The parties will submit a joint case management statement on or before August 2, 2013.

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated:  May 31, 2013                Gibson, Dunn & Crutcher LLP

                                    By:   /s/ Andrew S. Tulumello
                                          Andrew S. Tulumello

                                    Andrew S. Tulumello
                                    Geoffrey M. Sigler
                                    Jason R. Meltzer
                                    1050 Connecticut Avenue, N.W.
                                    Washington, DC  20036
                                    Telephone:  202.955.8500
                                    Facsimile:  202.467.0539

                                    Christopher Chorba
                                    333 South Grand Avenue
                                    Los Angeles, CA  90071
                                    Telephone:  213.229.7000
                                    Facsimile:  213.229.7520

                                    *Attorneys for Defendant Frito-Lay North America, Inc.*

Dated:  March 31, 2013              PRATT & ASSOCIATES

                                    By:   /s/ Ben F. Pierce Gore
                                          Ben F. Pierce Gore

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE                              CASE NO. C12-01586-SC

Ben F. Pierce Gore
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: 408.429.6506
Facsimile: 408.369.0752

David Malcolm McMullan , Jr.
Don Barrett, P.A.
P.O. Box 987
404 Court Square North
Lexington, MS 39095
dmcmullan@barrettlawgroup.com

*Attorneys for Plaintiffs Markus Wilson and Doug Campen*

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

Date: 06/03/2013 _____

*Judge Samuel Conti*

# CERTIFICATE OF SERVICE

I, Andrew S. Tulumello, certify as follows:

I am employed in Washington, DC.  I am over the age of eighteen years and am not a party to this action.  My business address is 1050 Connecticut Avenue NW, Washington, DC 20036.  I certify that on the date indicated below, I caused the following document to be electronically transmitted to the Clerk and to each of the persons named below, who are registered as CM/ECF users and have consented to electronic service, using the CM/ECF System:

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

| **Attorneys for Plaintiffs Wilson and Campen** |
| --- |
| Ben F. Pierce Gore<br>Pratt & Associates<br>1871 The Alameda<br>Suite 425<br>San Jose, CA 95126<br>pgore@prattattorneys.com |
| David Malcolm McMullan , Jr.<br>Don Barrett, P.A.<br>P.O. Box 987<br>404 Court Square North<br>Lexington, MS 39095<br>dmcmullan@barrettlawgroup.com |
| Dewitt Marshall Lovelace, Sr.<br>Lovelace Law Firm, P.A.<br>12870 US Hwy 98 W.<br>Suite 200<br>Miramar Beach, FL 32550<br>courtdocs@lovelacelaw.com |

DATED:  May 31, 2013                   /s/  Andrew S. Tulumello
                                                            Andrew S. Tulumello