3Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>Defendants. | Case No. CV 12-01586 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE**<br><br>Judge: Hon. Samuel Conti<br><br>Original Complaint Filed: March 29, 2012 |

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE**

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on May 1, 2013, Plaintiffs filed a Second Amended Complaint;

WHEREAS, on June 7, 2013, Defendant filed a Motion to Dismiss Plaintiffs' Second Amended Complaint and Plaintiffs' Opposition is presently due June 21, 2013;

WHEREAS, Plaintiffs are in need of additional time to respond and Defendant has no opposition to the requested extension;

WHEREAS, the next mutually agreeable available hearing date for the motion is September 13, 2013, which date Defendant has reserved with the Court;

WHEREAS, the Case Management Conference is presently set for August 9, 2013, and the parties agree that the Conference should be continued to a date after the Court has heard

Stipulation and [Proposed] Order Re Briefing Schedule
Case No. C12-01586 SC

Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint;

WHEREAS, the Court has available the date of September 27, 2013 for the Case Management Conference;

The parties hereby STIPULATE that Plaintiffs' Opposition to the motion will be due July 12, 2013 and Defendant's reply will be due August 2, 2013.

IT IS SO STIPULATED.

Dated:  June 18, 2013

/s/ *David McMullan, Jr.*
David McMullan, Jr. (*pro hac vice*)
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, MS 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com
Attorney for Plaintiffs
Markus Wilson and Doug Campen

Dated: June 17, 2013

/s/ *Geoffrey M. Sigler*
Geoffrey M. Sigler (*pro hac vice*)
GIBSON, DUNN & CRUTCHER,LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5306
Telephone: (202) 887-3752
Fax: (202) 530-9635
GSigler@gibsondunn.com

Attorney for Defendant
Frito-Lay North America, Inc.

In accordance with N.D. Cal. Local Rule 5-1, David McMullan Jr., attests that Geoffrey M. Sigler has consented to the filing of this document.

/s/ *David McMullan, Jr.*

**IT IS SO ORDERED**, this the  18   day of June, 2013.

_____
Hon. Samuel C. Conti
United States District Judge
Northern District of California.

Plaintiff's Motion for Extension of Time to Respond
Case No. 3:12-cv-03003 PSG

2