Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC. AND PEPSICO, INC.,<br><br>Defendants. | Case No. 3:12-cv-01586-SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**<br><br>Judge: Hon. Samuel Conti<br>Action Filed: April 5, 2012 |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on May 1, 2013, plaintiffs filed a Second Amended Complaint;

WHEREAS, on June 7, 2013, Defendant filed a Motion to Dismiss Plaintiffs' Second Amended Complaint and Plaintiffs' Opposition is presently due July 12, 2013;

WHEREAS, Plaintiffs are in need of additional time to respond due to a death in Plaintiffs' counsel's family and Defendant has no opposition to the requested extension;

WHEREAS, the hearing date for the motion is September 13, 2013, which date Defendant has reserved with the Court;

WHEREAS, the Case Management Conference is presently set for September 27, 2013;

The parties hereby STIPULATE that Plaintiffs' Opposition to the motion will be due July

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND
Case No. CV12-01586 - SC

19, 2013 and Defendant's reply will be due August 9, 2013.

IT IS SO STIPULATED.

| Dated: July 10, 2013 | Dated: July 10, 2013 |
|---|---|
| /s/ *David McMullan, Jr.*    | /s/ *Geoffrey M. Sigler*    |
| David McMullan, Jr. (*pro hac vice*) | Geoffrey M. Sigler (*pro hac vice*) |
| DON BARRETT, P.A. | GIBSON, DUNN & CRUTCHER, LLP |
| 404 Court Square | 1050 Connecticut Ave., N.W. |
| P.O. Box 927 | Washington, DC 20036-5306 |
| Lexington, MS 39095 | Telephone: (202) 887-3752 |
| Telephone: (662) 834-2488 | Fax: (202) 530-9635 |
| Fax: (662) 834-2628 | GSigler@gibsondunn.com |
| dmcmullan@barrettlawgroup.com | |
| | Attorney for Defendant |
| Attorney for Plaintiffs | Frito-Lay North America, Inc. |
| Markus Wilson and Doug Campen | |

In accordance with N.D. Cal. Local Rule 5-1, David McMullan, Jr., attests that Geoffrey M. Sigler has consented to the filing of this document.

/s/ *David McMullan, Jr.*    

**IT IS SO ORDERED,** this the __10__ day of July, 2013.

_____
Hon. Samuel Conti
United States District Judge
Northern District of California.

*[Seal: United States District Court, Northern District of California — Judge Samuel Conti, signed]*