GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
GEOFFREY M. SIGLER
gsigler@gibsondunn.com
JASON R. MELTZER
jmeltzer@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendant Frito-Lay North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>Defendant. | Case No. C12-01586-SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE** |

WHEREAS, on May 1, 2013, Plaintiffs filed a Second Amended Complaint;

WHEREAS, on June 7, 2013, Defendant filed a Motion to Dismiss Plaintiffs' Second Amended Complaint;

WHEREAS, on July 19, 2013, Plaintiffs filed an Opposition to Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint;

WHEREAS, Defendant's Reply is presently due on August 9, 2013;

1    WHEREAS, Defendant requests one additional week, until August 16, 2013, to file its Reply due to business related scheduling conflicts and Plaintiffs have no opposition to the requested extension;

WHEREAS, the requested extension will not affect the September 13, 2013 hearing date for the motion, which Defendant has reserved with the Court;

WHEREAS, the Case Management Conference is presently set for September 27, 2013;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

- Defendant's Reply will be due on August 16, 2013.

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated:  July 29, 2013                    Gibson, Dunn & Crutcher LLP

By:  /s/ Andrew S. Tulumello
     Andrew S. Tulumello

Andrew S. Tulumello
Geoffrey M. Sigler
Jason R. Meltzer
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

Christopher Chorba
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendant Frito-Lay North America, Inc.*

Dated:                                    PRATT & ASSOCIATES

By:  /s/ Ben F. Pierce Gore
     Ben F. Pierce Gore

Ben F. Pierce Gore
1871 The Alameda, Suite 425

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA  07/30/2013  IT IS SO ORDERED  Judge Samuel Conti]

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE                          CASE NO. C12-01586-SC

2