GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>           Defendant. | Case No. 3:12-CV-01586-SC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT; STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING DISCOVERY AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

   WHEREAS, on May 1, 2013, Plaintiffs filed their Second Amended Complaint;

   WHEREAS, on June 7, 2013, Defendant filed a Motion to Dismiss the Second Amended Complaint;

   WHEREAS, on October 24, 2013, this Court granted in part and denied in part Defendant's Motion to Dismiss;

   WHEREAS, absent an extension, Defendant's deadline to answer the Second Amended Complaint is currently November 7, 2013;

   WHEREAS, Plaintiffs and Defendant agree that the time for Defendant to answer the Second Amended Complaint shall be extended twenty-nine (29) days to and including December 6, 2013,

1   pursuant to Local Rule 6-1(a), which permits parties to enter into written stipulations extending the
2   time in which Defendant must answer a complaint without Court approval;
3       WHEREAS, Plaintiffs request to serve discovery after Defendant answers the Second
4   Amended Complaint, and Defendant does not oppose this request, provided that Defendant's
5   responses shall not be due until January 30, 2014 (assuming that Plaintiffs serve their requests before
6   December 31, 2013);
7       WHEREAS, this Court related the above-captioned matter to *Figy v. Frito-Lay North*
8   *America, Inc.*, No. 13-CV-3988 ("*Figy*"), on October 15, 2013;
9       WHEREAS, counsel for the parties have conferred and the parties agree that it would
10  preserve judicial and party resources to continue the Case Management Conference in the above-
11  captioned matter, currently scheduled for November 15, 2013, until January 24, 2014, to coincide
12  with the Case Management Conference scheduled for that day in *Figy*;
13      IT IS HEREBY STIPULATED AND AGREED that Defendant shall have up to and including
14  December 6, 2013, to answer the Second Amended Complaint.  Nothing in this Stipulation shall be
15  construed as a waiver of any of Plaintiffs' or Defendant's rights, defenses, or arguments they would
16  otherwise have; and
17      IT IS ALSO HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:
18          • The parties may serve discovery immediately after Defendant answers the Second
19              Amended Complaint;
20          • The parties' responses to any discovery requests served prior to December 31, 2013
21              shall not be due until January 30, 2014;
22          • The Case Management Conference scheduled in the above-captioned matter for
23              November 15, 2013, is continued until January 24, 2014; and
24          • The parties will submit a joint case management statement in the above-captioned
25              matter on or before January 17, 2014.
26      In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the
27  concurrence to the filing of this document has been obtained from the other signatories hereto.
28

| | | |
|---|---|---|
| 1 | Dated: November 6, 2013 | Gibson, Dunn & Crutcher LLP |
| 2 | | |
| 3 | | By:   /s/ Andrew S. Tulumello<br>         Andrew S. Tulumello |
| 4 | | Andrew S. Tulumello |
| 5 | | 1050 Connecticut Avenue, N.W.<br>Washington, DC  20036 |
| 6 | | Telephone:  202.955.8500<br>Facsimile:  202.467.0539 |
| 7 | | *Attorneys for Defendant Frito-Lay North America, Inc.* |

1   Dated:  November 6, 2013            Gibson, Dunn & Crutcher LLP

                                        By:   /s/ Andrew S. Tulumello
                                              Andrew S. Tulumello

                                        Andrew S. Tulumello
                                        1050 Connecticut Avenue, N.W.
                                        Washington, DC  20036
                                        Telephone:  202.955.8500
                                        Facsimile:  202.467.0539

                                         *Attorneys for Defendant Frito-Lay North America, Inc.*

9   Dated:  November 6, 2013            Don Barrett, P.A.

                                        By:   /s/ David Malcolm McMullan, Jr.
                                              David Malcolm McMullan, Jr.

                                        David Malcolm McMullan, Jr.
                                        P.O. Box 987
                                        404 Court Square North
                                        Lexington, MS 39095
                                        Telephone:  662.834.2376

                                        Ben F. Pierce Gore
                                        Pratt & Associates
                                        1871 The Alameda, Suite 425
                                        San Jose, CA 95126
                                        Telephone:  408.429.6506
                                        Facsimile:  408.369.0752

                                        *Attorneys for Plaintiffs Markus Wilson and Doug Campen*


**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**


Date:  ___11/07/2013_____           _____
                                          Hon. Samuel Conti

*[Signature and seal of Judge Samuel Conti, United States District Court, Northern District of California]*

---

STIPULATION EXTENDING TIME TO RESPOND; STIPULATION AND [PROPOSED] ORDER CONCERNING
DISCOVERY AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE           CASE NO. C13-3988-SC

3