UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS WILSON<br><br>               Plaintiff(s),<br>   v.<br><br>FRITO-LAY NORTH AMERICA, INC. ET.AL.<br><br>               Defendant(s).<br>_____/ | No. C 12-01586 SC (MEJ)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Maria-Elena James for discovery. The parties must comply with Judge James' Discovery Standing Order, which is attached herewith and available on the Court's website at http://www.cand.uscourts.gov/mej.

The parties are advised that they must meet and confer <u>in person</u> before any dispute is considered. Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest that they met and conferred <u>in person</u> prior to filing the letter. Accordingly, within three days from issuance of this notice, the parties shall file a joint statement verifying that they met in person prior to filing the letter.

Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

**IT IS SO ORDERED**

Dated: February 10, 2014

_____
Maria-Elena James
United States Magistrate Judge