GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
GEOFFREY M. SIGLER
gsigler@gibsondunn.com
JASON R. MELTZER
jmeltzer@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.<br><br>Defendant. | Case No. 3:12-cv-01586-SC<br>Pleading Type:  Class Action<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEADLINES IN SCHEDULE**<br><br>Judge:  The Honorable Samuel Conti |

WHEREAS, on April 6, 2014, the Court entered a Stipulation and Order Regarding Scheduling (ECF No. 87), which had been proposed by the parties in the above-captioned matter;

WHEREAS, the parties agreed that the Stipulation did not waive any right of the parties to request or stipulate to further extensions;

WHEREAS, the parties agree that additional time is necessary to conduct discovery; and

WHEREAS, this is the parties' first request to modify the schedule;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the parties will be bound by the following schedule:

| | |
|---|---|
| Deadline for Fact Discovery | October 14, 2014 |
| Date for Plaintiffs' Class Certification Expert(s) Disclosure(s), Including Report(s), Declarations, and Evidence (if any) | October 30, 2014 |

| | |
|---|---|
| Date for Plaintiffs' Motion for Class Certification and All Non-Expert Supporting Declarations, Evidence, and Any Other Supporting Materials | October 30, 2014 |
| Deposition of Plaintiffs' Class Certification Expert(s) (if any) by | December 12, 2014 |
| Date for Frito-Lay's Class Certification Expert(s) Disclosure(s), Including Report(s) (if any) | January 30, 2015 |
| Date for Frito-Lay's Opposition to Plaintiffs' Class Certification Motion | January 30, 2015 |
| Deposition of Frito-Lay's Class Certification Expert(s) (if any) by | March 2, 2015 |
| Date for Plaintiffs' Reply in Support of Class Certification | March 30, 2015 |
| Class Certification Hearing | April 17, 2015 |

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated: June 27, 2014          Gibson, Dunn & Crutcher LLP

                              By:   /s/ Andrew S. Tulumello
                                    Andrew S. Tulumello

                              Andrew S. Tulumello
                              Geoffrey M. Sigler (*pro hac vice*)
                              Jason R. Meltzer (*pro hac vice*)
                              1050 Connecticut Avenue, N.W.
                              Washington, DC  20036
                              Telephone:  202.955.8500
                              Facsimile:  202.467.0539

                              *Attorneys for Defendant Frito-Lay North America, Inc.*

Dated: June 27, 2014          Don Barrett, P.A.

                              By:   /s/ David Malcolm McMullan Jr.
                                    David Malcolm McMullan, Jr.

                              David Malcolm McMullan, Jr.
                              P.O. Box 987
                              404 Court Square North
                              Lexington, MS 39095
                              Telephone: 662.834.2376

                              Ben F. Pierce Gore
                              Pratt & Associates
                              1871 The Alameda, Suite 425


06/30/2014
IT IS SO ORDERED
Judge Samuel Conti

|   |   |
|---|---|
| 1 | San Jose, CA 95126 |
| 2 | Telephone:  408.429.6506 |
|   | Facsimile:  408.369.0752 |
| 3 | Dewitt Marshall Lovelace, Sr. |
| 4 | Lovelace Law Firm, P.A. |
|   | 12870 US Hwy 98 W. |
|   | Suite 200 |
| 5 | Miramar Beach, FL 32550 |
|   | Telephone: 850.837.6020 |
| 6 |   |
| 7 | *Attorneys for Plaintiffs* |

