GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
GEOFFREY M. SIGLER
gsigler@gibsondunn.com
JASON R. MELTZER
jmeltzer@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.<br><br>Defendant. | Case No. 3:12-cv-01586-SC<br>Pleading Type:  Class Action<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEADLINES IN SCHEDULE**<br><br>Judge:  The Honorable Samuel Conti |

WHEREAS, on April 6, 2014, the Court entered a Stipulation and Order Regarding Scheduling (ECF No. 87), which had been proposed by the parties in the above-captioned matter;

WHEREAS, the parties agreed that the Stipulation did not waive any right of the parties to request or stipulate to further extensions;

WHEREAS, the parties agree that additional time is necessary to conduct discovery; and

WHEREAS, this is the parties' second request to modify the schedule;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the parties will be bound by the following schedule:

| | |
|---|---|
| Deadline for Fact Discovery | December 17, 2014 |
| Date for Plaintiffs' Class Certification Expert(s) Disclosure(s), Including Report(s), Declarations, and Evidence (if any) | January 21, 2015 |

| | |
|---|---|
| Date for Plaintiffs' Motion for Class Certification and All Non-Expert Supporting Declarations, Evidence, and Any Other Supporting Materials | January 21, 2015 |
| Deposition of Plaintiffs' Class Certification Expert(s) (if any) by | March 4, 2015 |
| Date for Frito-Lay's Class Certification Expert(s) Disclosure(s), Including Report(s) (if any) | April 15, 2015 |
| Date for Frito-Lay's Opposition to Plaintiffs' Class Certification Motion | April 15, 2015 |
| Deposition of Frito-Lay's Class Certification Expert(s) (if any) by | May 13, 2015 |
| Date for Plaintiffs' Reply in Support of Class Certification | Jun 10, 2015 |
| Class Certification Hearing | June 26, 2015 |

In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated:  October 7, 2014          Gibson, Dunn & Crutcher LLP


                                 By:  /s/ Andrew S. Tulumello
                                      Andrew S. Tulumello

                                      Andrew S. Tulumello
                                      Geoffrey M. Sigler (*pro hac vice*)
                                      Jason R. Meltzer (*pro hac vice*)
                                      1050 Connecticut Avenue, N.W.
                                      Washington, DC  20036
                                      Telephone:  202.955.8500
                                      Facsimile:  202.467.0539

                                      *Attorneys for Defendant Frito-Lay North America, Inc.*

Dated:  October 7, 2014          Don Barrett, P.A.

                                 By:   /s/ David Malcolm McMullan, Jr.
                                       David Malcolm McMullan, Jr.
                                       P.O. Box 987
                                       404 Court Square North
                                       Lexington, MS 39095
                                       Telephone: 662.834.2376

                                       Ben F. Pierce Gore
                                       Pratt & Associates
                                       1871 The Alameda, Suite 425
                                       San Jose, CA 95126
                                       Telephone:  408.429.6506

1    Facsimile: 408.369.0752

2    Dewitt Marshall Lovelace, Sr.
     Lovelace Law Firm, P.A.
3    12870 US Hwy 98 W.
     Suite 200
4    Miramar Beach, FL 32550
     Telephone: 850.837.6020
5
     *Attorneys for Plaintiffs*
6

7

8

9

10   CASE SCHEDULING [~~PROPOSED~~] ORDER

11

12   PURSUANT TO STIPULATION, IT IS SO ORDERED

13

14   Dated: __10/15/2014_____        _____[signature]_____
                                           United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CASE SCHEDULING [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                    UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Andrew S. Tulumello, certify as follows:

I am employed in Washington, DC. I am over the age of eighteen years and am not a party to this action. My business address is 1050 Connecticut Avenue NW, Washington, DC 20036. I certify that on the date indicated below, I caused the following document to be electronically transmitted to the Clerk and to each of the persons named below, who are registered as CM/ECF users and have consented to electronic service, using the CM/ECF System:

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEADLINES IN SCHEDULE**

| **Attorneys for Plaintiffs Wilson and Campen** |
| --- |
| Ben F. Pierce Gore
Pratt & Associates
1871 The Alameda
Suite 425
San Jose, CA 95126
pgore@prattattorneys.com

David Malcolm McMullan , Jr.
Don Barrett, P.A.
P.O. Box 987
404 Court Square North
Lexington, MS 39095
dmcmullan@barrettlawgroup.com

Dewitt Marshall Lovelace, Sr.
Lovelace Law Firm, P.A.
12870 US Hwy 98 W.
Suite 200
Miramar Beach, FL 32550
courtdocs@lovelacelaw.com |

DATED: October 7, 2014                                   /s/  Andrew S. Tulumello
                                                                       Andrew S. Tulumello