1  GIBSON, DUNN & CRUTCHER LLP
   ANDREW S. TULUMELLO (SBN 196484)
2  atulumello@gibsondunn.com
   1050 Connecticut Avenue, NW
3  Washington, DC 20036
4  Telephone: 202.955.8500
   Facsimile: 202.467.0539
5
   *Attorney for Defendant*
6  *Frito-Lay North America, Inc.*

7              IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION
10

| | |
|---|---|
| 11  MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated, | Case No. 3:12-cv-01586-SC |
| 12 | Modified |
| | **STIPULATION AND [~~PROPOSED~~]** |
| 13         Plaintiffs, | **ORDER REGARDING EXTENSION OF TIME FOR DEADLINES IN SCHEDULE** |
| 14  v. | |
| 15  FRITO-LAY NORTH AMERICA, INC., | Judge: Hon. Samuel Conti |
| | Action Filed: April 5, 2012 |
| 16         Defendant. | |

17         **STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**
18     The parties, through their undersigned counsel, hereby stipulate and agree as follows:
19     WHEREAS, on October 15, 2014, this Court entered a Stipulation and Order Regarding
20  Extension of time for Deadlines in Schedule, which did not waive the right of the parties to
21  request or stipulate to further extensions (Dkt. No. 101);
22     WHEREAS, though the parties have worked diligently in discovery and Frito-Lay has
23  produced in excess of 100,000 pages of documents in response to discovery requests, the parties
24  are still working to schedule and complete Rule 30(b)(6) and Rule 30(b)(1) depositions; and
25     WHEREAS, the parties agree that additional time is necessary to complete Rule 30(b)(6),
26  Rule 30(b)(1), and other individual and third-party depositions;
27     The parties hereby STIPULATE and AGREE, subject to the Court's approval, that the
28

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEADLINES
IN SCHEDULE
Case No. CV12-01586 - SC

parties will be bound by the following schedule:

| | |
|---|---|
| Deadline for Fact Discovery | February 13, 2015 |
| Date for Plaintiffs' Class Certification Expert(s) Disclosures(s), ,Including Report(s), Declarations, and Evidence (if any) | March 6, 2015 |
| Date for Plaintiffs' Motion for Class Certification and All Non-Expert Supporting Declarations, Evidence, and Any Other Supporting Materials | March 6, 2015 |
| Deposition of Plaintiffs' Class Certification Expert(s) (if any) by | April 10, 2015 |
| Date for Frito-Lay's Class Certification Expert(s) Disclosure(s), Including Reports (if any) | May 22, 2015 |
| Date for Frito-Lay's Opposition to Plaintiffs' Class Certification Motion | May 22, 2015 |
| Deposition of Frito-Lay's Class Certification Expert(s) (if any) by | June 12, 2015 |
| Date for Plaintiffs' Reply in Support of Class Certification | June 26, 2015 |
| Class Certification Hearing | ~~July 17, 2015~~   July 31, 2015 |

IT IS SO STIPULATED.

Dated: November 26, 2014

/s/ *David McMullan, Jr.*

David McMullan, Jr. (*pro hac vice*)
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, MS 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorney for Plaintiffs*
*Markus Wilson and Doug Campen*

Dated:  November 26, 2014

/s/ *Andrew S. Tulumello*

Andrew S. Tulumello
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave., NW
Washington, DC 20036-5306
Telephone: (202) 955-8500
Fax: (202) 467-0539
ATulumello@gibsondunn.com

*Attorney for Defendant*
*Frito-Lay North America, Inc.*

IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti
12/2/2014

In accordance with N.D. Cal. Local Rule 5-1, A[...] that David McMullan, Jr. has consented to the filing of this docume[...]

/s/ *Andrew S. Tulumello*

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEADLINES IN SCHEDULE
Case No. CV12-01586 – SC

2