GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
GEOFFREY M. SIGLER
gsigler@gibsondunn.com
JASON R. MELTZER
jmeltzer@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated, | Case No. C12-01586-SC |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO DEPOSE EXPERTS** |
| v. | |
| FRITO-LAY NORTH AMERICA, INC., | |
| Defendant. | |

Pursuant to N.D. Cal. Local Rule 6-2, the undersigned counsel of record for Plaintiffs Markus Wilson and Doug Campen ("Plaintiffs") and Defendant Frito-Lay North America, Inc. ("Defendant") stipulate and agree to extend the time to depose Plaintiffs' class certification experts, without changing any other date in the schedule, subject to the Court's approval, as follows:

WHEREAS, on March 6, 2015, this Court entered a Stipulation and Order Regarding Case Schedule setting the deadline for the Deposition of Plaintiffs' Class Certification Experts for April 17, 2015 (Dkt. 117);

WHEREAS, on March 13, 2015, Plaintiffs filed a motion to certify a class and four expert reports in connection with that motion (Dkt. 119);

1  WHEREAS, the parties agree that an extension of the April 17 deadline to depose these four
2  experts is necessary to accommodate scheduling these depositions, and that this extension would not
3  impact any other deadlines or hearing dates in the schedule;
4  WHEREAS, the parties agree that, pursuant to Local Rule 6-2 and subject to the Court's
5  approval, the time for Defendant to depose Plaintiffs' experts shall be extended from April 17, 2015
6  until May 22, 2015;
7  WHEREAS, the parties agree that this extension does not affect any of the briefing deadlines
8  or hearing dates currently in effect; and
9  IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:
10  The deadline for Defendant to depose Plaintiffs' class certification experts is May 22, 2015.
11  In accordance with N.D. Cal. Local Rule 5-1, the filer of this document hereby attests that the
12  concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated:  April 9, 2015         GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Geoffrey M. Sigler

Andrew S. Tulumello
Geoffrey M. Sigler
Jason R. Meltzer
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

Dated:  April 9, 2015         DON BARRETT, P.A.

By:  /s/ David Malcolm McMullan, Jr.

David Malcolm McMullan, Jr.
Don Barrett, P.A.
P.O. Box 987
404 Court Square North

|  |  |
|---|---|
| 1 | Lexington, MS 39095 |
| 2 | dmcmullan@barrettlawgroup.com |
| 3 | Ben F. Pierce Gore |
|  | Pratt & Associates |
| 4 | 1871 The Alameda, Suite 425 |
|  | San Jose, CA 95126 |
| 5 | Telephone: 408.429.6506 |
|  | Facsimile: 408.369.0752 |
| 6 |  |
| 7 | Dewitt Marshall Lovelace, Sr. |
|  | Lovelace Law Firm, P.A. |
| 8 | 12870 US Hwy 98 W. |
|  | Suite 200 |
| 9 | Miramar Beach, FL 32550 |
|  | Telephone: 850.837.6020 |
| 10 | Facsimile: 850.837.4093 |
| 11 |  |
| 12 | *Attorneys for Plaintiffs Markus Wilson and Doug Campen* |

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

Date: April 9, 2015

_____
Hon. Samuel Conti

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO DEPOSE EXPERTS    CASE NO. C12-01586-SC

3