1 | GIBSON, DUNN & CRUTCHER LLP
2 | ANDREW S. TULUMELLO (SBN 196484)
  | atulumello@gibsondunn.com
3 | 1050 Connecticut Avenue, N.W.
  | Washington, DC 20036
4 | Telephone: 202.955.8500
  | Facsimile: 202.467.0539
5 |
  | *Attorney for Defendant*
6 | *Frito-Lay North America, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>Defendant. | Case No.  3:12-cv-01586-SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RELIEF FROM CURRENT SCHEDULE AND EXTENSION OF TIME FOR DEADLINES IN SCHEDULE**<br><br>Judge:  Hon. Samuel Conti<br>Action Filed:  March 29, 2012 |

**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 13, 2015, Plaintiffs filed a Motion for Class Certification, for Appointment of Class Representatives, and for Appointment of Class Counsel ("Motion for Class Certification") (Dkt. No. 118-3);

WHEREAS, on April 9, 2015, this Court entered a Stipulation and Order Extending the Deadline to Depose Experts, setting the deadline for Frito-Lay to depose Plaintiffs' experts as May 22, 2015 (Dkt. No. 130);

WHEREAS, on April 24, 2015, Plaintiffs filed a Motion to Stay Pending the Ninth Circuit's Resolution of *Jones v. ConAgra Foods, Inc.* ("Motion to Stay") (Dkt. No. 136);

WHEREAS, Plaintiffs declined to make their experts available for deposition until the Court rules on the Motion to Stay; and

WHEREAS Frito-Lay would be prejudiced by being required to respond to Plaintiffs' Motion for Class Certification without deposing Plaintiffs' experts;

The parties hereby STIPULATE and AGREE, subject to the Court's approval, that the current deadlines regarding expert depositions and briefing on Plaintiffs' Class Certification Motion be extended, and that, if the Court does not grant Plaintiffs' Motion to Stay with respect to the class certification briefing, the parties will be bound by the following schedule:

| | |
|---|---|
| Deposition of Plaintiffs' Class Certification Expert(s) (if any) by | 45 days after ruling on the Motion to Stay |
| Date for Frito-Lay's Class Certification Expert(s) Disclosure(s), Including Reports (if any) | 21 days after deadline to depose Plaintiffs' Class Certification Expert(s) |
| Date for Frito-Lay's Opposition to Plaintiffs' Class Certification Motion | 21 days after deadline to depose Plaintiffs' Class Certification Expert(s) |
| Deposition of Frito-Lay's Class Certification Expert(s) (if any) by | 21 days after deadline to file Frito-Lay's Opposition to Plaintiffs' Motion for Class Certification |
| Date for Plaintiffs' Reply in Support of Class Certification | 21 days after deadline to depose Frito-Lay's Class Certification Expert(s) |
| Class Certification Hearing | ~~To be determined~~ November 13, 2015 at 10:00 AM |

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEADLINES IN SCHEDULE
Case No. CV12-01586 – SC                                                                 2

Dated: May 28, 2015

Dated: May 28, 2015

/s/ *David McMullan, Jr.*
David McMullan, Jr. (*pro hac vice*)
DON BARRETT, P.A.
404 Court Square
P.O. Box 927
Lexington, MS 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

*Attorney for Plaintiffs
Markus Wilson and Doug Campen*

/s/ *Andrew S. Tulumello*
Andrew S. Tulumello
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Ave., NW
Washington, DC 20036-5306
Telephone: (202) 955-8500
Fax: (202) 467-0539
ATulumello@gibsondunn.com

*Attorney for Defendant
Frito-Lay North America, Inc.*

In accordance with N.D. Cal. Local Rule 5-1, Andrew S. Tulumello attests that David McMullan, Jr. has consented to the filing of this document.

/s/ *Andrew S. Tulumello*

**IT IS SO ORDERED,** this the __18__ day of __June__ 2015.

_____
Hon. Samuel Conti
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEADLINES IN SCHEDULE
Case No. CV12-01586 – SC                                                                 3