GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
atulumello@gibsondunn.com
GEOFFREY M. SIGLER
gsigler@gibsondunn.com
JASON R. MELTZER
jmeltzer@gibsondunn.com
1050 Connecticut Avenue, NW
Washington, DC  20036
Telephone: 202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.<br><br>Defendant. | Case No. 12-cv-01586-JST<br>Assigned to the Honorable Jon S. Tigar<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING FRITO-LAY'S TIME TO FILE ITS REPLY IN SUPPORT OF ITS AMENDED MOTION FOR SUMMARY JUDGMENT**<br><br>**<u>Summary Judgment Motion Hearing</u>:**<br>Date:   May 4, 2017<br>Time:  2:00 p.m.<br>Place:  Courtroom 9 |

Pursuant to this Court's order issued February 10, 2017 (ECF No. 159), Defendant Frito-Lay North America, Inc. filed its Amended Motion for Summary Judgment on February 24, 2017.  ECF No. 163.  Plaintiffs Markus Wilson and Doug Campen filed a response in opposition on March 10, 2017.  ECF No. 167.  Frito-Lay's reply is currently due March 17, 2017.

Counsel for Frito-Lay conferred with Plaintiffs' counsel on March 13, 2017, and the parties have agreed to extend Frito-Lay's time to file its Reply in Support of its Amended Motion for Summary Judgment by seven days, until March 24, 2017.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties, through their counsel, subject to court approval, that Frito-Lay's time to file its Reply in Support of its Amended Motion for Summary Judgment is extended to March 24, 2017.

Dated: March 13, 2017.

| | |
|---|---|
| By: /s/ David McMullan, Jr.<br>David McMullan, Jr. | By: /s/ Andrew S. Tulumello<br>Andrew S. Tulumello |
| David McMullan, Jr. (admitted *pro hac vice*)<br>DON BARRETT, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, MS 39095<br>Telephone: (662) 834-2488<br>Fax: (662) 834-2628 | Andrew S. Tulumello<br>Geoffrey M. Sigler (*pro hac vice*)<br>Jason R. Meltzer (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Frito-Lay North America, Inc.*<br><br>I, Andrew S. Tulumello, attest that concurrence in the filing of this document has been obtained from the other signatory. |

2

STIPULATION AND [PROPOSED] ORDER EXTENDING FRITO-LAY'S TIME TO FILE ITS REPLY IN SUPPORT OF ITS AMENDED MOTION FOR SUMMARY JUDGMENT
CASE NO. 12-CV-01586

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, Frito-Lay's deadline to file its Reply in Support of its Amended Motion for Summary Judgment is extended until March 24, 2017.

IT IS SO ORDERED, this the __13__ day of March, 2017.

_____
Hon. Jon S. Tigar
United States District Judge
Northern District of California