1  PIERCE GORE, SBN 128515
   pgore@prattattorneys.com
2  PRATT & ASSOCIATES
   1871 THE ALAMEDA, SUITE 425
3  SAN JOSE, CA 95126
   Telephone: 408-429-6506
4  Facsimile:  408-369-0752

5  *Attorneys for Plaintiffs*

6  [Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARKUS WILSON and DOUG CAMPEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>Defendant. | Case No. C12-01586<br><br>Assigned to the Honorable Jon Tigar<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO AMEND/SUBSTITUTE PLAINTIFF TO JUNE 30, 2017**<br><br>**Hearing Currently Set For:**<br><br>Date: July 13, 2017<br>Time: 2:00 PM<br>Place: Courtroom 9, 19th Floor<br>Judge: Honorable Jon S. Tigar |

WHEREAS, Plaintiffs filed a motion for leave to amend to substitute Jeff Mains in place of Markus Wilson and Doug Campen on June 2, 2017 (Dkt. No. 184), Defendant Frito-Lay filed its Opposition/Response on June 16, 2017 (Dkt. No. 188);

WHEREAS, Plaintiffs' reply brief is presently due on June 23, 2017;

WHEREAS, Plaintiffs' Motion is presently scheduled for hearing on July 13, 2017;

WHEREAS, Plaintiffs' counsel have deadlines and scheduling conflicts that necessitate a one-week extension of the deadline for Plaintiffs' reply brief; and

WHEREAS, the parties have conferred and agreed to extend the deadline for Plaintiffs' reply brief to June 30, 2017, subject to the Court's approval;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties, through their counsel, subject to the Court's approval, that the deadline for Plaintiffs' Reply Brief in Support of Motion for Leave to Amend/Substitute Plaintiff is extended to June 30, 2017.

Dated: June 20, 2017

By: /s/ Pierce Gore
     Pierce Gore

David McMullan, Jr. (*pro hac vice*)
DON BARRETT, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628

*Attorneys for Plaintiffs*

By: /s/ Andrew S. Tulumello
     Andrew S. Tulumello

Andrew S. Tulumello
Geoffrey M. Sigler (*pro hac vice*)
Jason R. Meltzer (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Frito-Lay North America, Inc.*

    I, Pierce Gore, attest that concurrence in the filing of this document has been obtained from the other signatory.

STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS' REPLY BRIEF
ISO MOTION TO AMEND/SUBSTITUTE PLAINTIFF TO JUNE 30, 2017
CASE No. C12-01586

**[PROPOSED]** ORDER

Pursuant to the parties' stipulation, the deadline for Plaintiffs' Reply Brief In Support of Motion for Leave to Amend/Substitute Plaintiff is hereby extended to June 30, 2017.

IT IS SO ORDERED, this the 43ᵘᵛʼday of June, 2017.

_____
Hon. Jon S. Tigar
United States District Judge
Northern District of California